IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICAH ANGEL                                                                                          PLAINTIFF

v.                                    CASE NO. 3:22-CV-00264-BSM

LESLIE RUTLEDGE, *et al.*                                                                       DEFENDANTS

## ORDER

Micah Angel's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is granted. *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)). Her complaint [Doc. No. 2], however, is insufficiently pleaded at present. *See* 28 U.S.C. § 1915(e)(2). Angel will be given the chance to file an amended complaint if she wishes to do so.

A complaint should be a "short and plain statement" of the claim showing that the pleader is entitled to relief. *See* FED. R. CIV. P. 8(a)(2); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) ("[A] plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do."). Rule 8(d) requires each claim to be "simple, concise, and direct." FED. R. CIV. P. 8(d). Angel's complaint does not comply with Rule 8 as it contains 508 pages of disorganized and incomplete state court documents with difficult-to-identify arguments. Doc. No. 2. For example, buried in these papers, Angel provides a "statement of the case" where she alleges that Jonesboro Police Officer Ryan

Crawford has unlawfully arrested her on four separate occasions. *Id*. at 216. Officer Crawford is not a named defendant, however, and Angel does not state the date or circumstances surrounding any of these arrests. *Id*.

Angel will have thirty (30) days to amend her complaint if she wishes to do so. She Angel is reminded that the purpose of the "short and plain statement" rule is to give both the court and the opposing parties fair notice of what the claim is and how exactly the defendant was involved. Angel need only name the defendant, identify the constitutional violation, and provide a short description of the events supporting her claim against that defendant–the who, what, when, why, and how. *Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009).

Angel has thirty days from the date of this order to file an amended complaint that complies with Rule 8. Failure to do so could result in the dismissal of this lawsuit. *See* Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

IT IS SO ORDERED this 28th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE