IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICAH ANGEL**                                                                                       **PLAINTIFF**

v.                                       **CASE NO. 3:22-CV-00264-BSM**

**LESLIE RUTLEDGE,** *et al.*                                                              **DEFENDANTS**

## ORDER

This case is dismissed without prejudice because Micah Angel failed to amend her complaint. *See* Doc. No. 5. An appeal of this order would not be taken in good faith. Local Rule 5.5(c)(2); 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE